# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−20066−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Patrick Clauser | Bonnierin Clauser |
| 72 Sewell Street | 72 Sewell Street |
| Glassboro, NJ 08028 | Glassboro, NJ 08028 |

Social Security No.:
  xxx−xx−9857                                    xxx−xx−8799

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 29, 2019.

On September 6, 2019, the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:  October 9, 2019
Time:  10:00 AM
Location:  Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 9, 2019
JAN: jpl

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-20066-ABA
Michael Patrick Clauser                                             Chapter 13
Bonnierin Clauser
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Sep 09, 2019
                              Form ID: 185             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2019.
```
db/jdb         +Michael Patrick Clauser,   Bonnierin Clauser,   72 Sewell Street,   Glassboro, NJ 08028-2460
518252480      +Barclays Bank DE,   125 S West St.,   Wilmington, DE 19801-5014
518252481       Bayview Loan Services,   PO Box 650091,   Dallas, TX 75265-0091
518252482      +Bisk Ed Inc.,   Attn.:Conserve,   200 Cross Keys Office,   Fairport, NY 14450-3510
518252483      +Black Hills Corp.,   Attn.:CBE Group,   1309 Technology Pkwy,   Cedar Falls, IA 50613-6976
518252486      +Castle Partners One, Two Three LTD,   2220 Castlegate Dr.,   Castle Rock, CO 80108-8322
518252487       Chase,   PO Box 15123,   Wilmington, DE 19850-5123
518252488      +Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
518252490      +DS Services of America Inc.,   Attn.:Collection Bureau of A,   25954 Eden Landing R,
                 Hayward, CA 94545-3816
518347796       EMERGENCY CARE SERVICES OF NJ,P.A,   PO Box 1123,   Minneapolis, MN 55440-1123
518304414      +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518252491      +Jefferson Capital/Fingerhut Advantage,   16 Mcleland Rd.,   Saint Cloud, MN 56303-2198
518252493      +Medical Payment,   Attn.:Phoenix Fin. Serv.,   8902 Otis Ave. Ste. 10,
                 Indianapolis, IN 46216-1077
518252495      +Medical Payment Data,   Attn.:Quality Asset Recovery,   7 Foster Ave. Ste. 101,
                 Gibbsboro, NJ 08026-1191
518252494      +Medical Payment Data,   Attn.:Radius Global Solution,   7831 glenroy Rd. Ste.,
                 Edina, MN 55439-3132
518252497      +Selip & Stylianou,   10 Forest Ave., Suite 300,   Paramus, NJ 07652-5238
518252500      +THD/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
518357555       Wells Fargo Bank, N.A.,,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2019 00:07:50      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2019 00:07:47      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518362341       E-mail/Text: ally@ebn.phinsolutions.com Sep 10 2019 00:06:34      Ally Capital,   PO Box 130424,
                 Roseville MN 55113-0004
518252479      +E-mail/Text: ally@ebn.phinsolutions.com Sep 10 2019 00:06:34      Ally Financial,
                 200 Reenaissance Ctr.,   Detroit, MI 48243-1300
518252485       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2019 00:17:18      Capital One Bank,
                 15000 Capital One Dr.,   Richmond, VA 23238
518252484      +E-mail/PDF: AIS.COAF.EBN@americaninfosource.com Sep 10 2019 00:16:51      Capital One Auto,
                 PO Box 259407,   Plano, TX 75025-9407
518261963      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 10 2019 00:16:10
                 Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
518271575      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 10 2019 00:16:11
                 Capital One Auto Finance, a division of Capital On,   P.O. Box 4360,   Houston, TX 77210-4360
518271451      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 10 2019 00:17:31
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518259934      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 10 2019 00:16:10      Exeter Finance LLC,
                 AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
518330779       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 10 2019 00:08:04      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
518252492      +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 10 2019 00:08:04
                 Jefferson Capital/Verizon Wireless,   16 Mcleland Rd.,   Saint Cloud, MN 56303-2198
518266530       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 10 2019 00:16:54      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518280704       E-mail/Text: bkr@cardworks.com Sep 10 2019 00:06:18      MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
518372932      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 10 2019 00:08:18
                 Metropolitan Life Insurance Company,   c/o Bayview Loan Servicing, LLC,
                 4425 Ponce de Leon Blvd, 5th Floor,   Coral Gables, FL 33146-1837
518368316       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2019 00:28:21
                 Portfolio Recovery Associates, LLC,   c/o Juniper,   POB 41067,   Norfolk VA 23541
518371999       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2019 00:16:46
                 Portfolio Recovery Associates, LLC,   c/o The Home Depot Consumer,   POB 41067,
                 Norfolk VA 23541
518367285      +E-mail/Text: bncmail@w-legal.com Sep 10 2019 00:08:00      Pallino Asset Management, LLC,
                 C/O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
518252496      +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 10 2019 00:08:40      Progressive,
                 Attn.:Credit Collection,   725 Canton St.,   Norwood, MA 02062-2679
518252499      +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 00:17:10      SYNCB/Sam's Club,   PO Box 965005,
                 Orlando, FL 32896-5005
518252498      +E-mail/Text: bankruptcy@sccompanies.com Sep 10 2019 00:08:57      Swiss Colony,   1112 7th Ave.,
                 Monroe, WI 53566-1364
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 09, 2019
                              Form ID: 185             Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518253854       +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 00:17:10      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518324687       +E-mail/Text: bankruptcy@sccompanies.com Sep 10 2019 00:08:57      The Swiss Colony,
                 c/o Creditors Bankruptcy Serv.,    PO Box 800849,    Dallas, TX 75380-0849
518323205       +E-mail/Text: bankruptcy@sccompanies.com Sep 10 2019 00:08:57      The Swiss Colony,
                 c/o Creditors Bankruptcy Service,    P O Box 800849,   Dallas, TX 75380-0849
                                                                                              TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518252489*      +Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2019 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company c/o Metropolitan Life Insurance Company dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Nathan   Van Embden    on behalf of Debtor Michael Patrick Clauser nve@nvanembden.com,
           lstyles@nvanembden.com
          Nathan   Van Embden    on behalf of Joint Debtor Bonnierin  Clauser nve@nvanembden.com,
           lstyles@nvanembden.com
          Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company c/o Metropolitan Life Insurance Company rsolarz@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```