Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–20066–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Patrick Clauser | Bonnierin Clauser |
| 72 Sewell Street | 72 Sewell Street |
| Glassboro, NJ 08028 | Glassboro, NJ 08028 |

Social Security No.:
  xxx–xx–9857                                             xxx–xx–8799

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                  February 21, 2020
Time:                09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*35* – Objection to (related document:34 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 01/29/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Nathan Van Embden on behalf of Bonnierin Clauser, Michael Patrick Clauser. (Van Embden, Nathan)

and transact such other business as may properly come before the meeting.

Dated: January 30, 2020
JAN: jpl

                                                                       Jeanne Naughton
                                                                       Clerk