Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  19−20066−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael Patrick Clauser                         Bonnierin Clauser
  72 Sewell Street                                      72 Sewell Street
  Glassboro, NJ 08028                          Glassboro, NJ 08028

Social Security No.:
  xxx−xx−9857                                         xxx−xx−8799

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                February 21, 2020
Time:               09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*35* – Objection to (related document:34 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 01/29/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Nathan Van Embden on behalf of Bonnierin Clauser, Michael Patrick Clauser. (Van Embden, Nathan)

and transact such other business as may properly come before the meeting.

Dated: January 30, 2020
JAN: jpl

                                                                                                Jeanne Naughton
                                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 19-20066-ABA
Michael Patrick Clauser                                          Chapter 13
Bonnierin Clauser
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin             Page 1 of 1         Date Rcvd: Jan 30, 2020
                              Form ID: 173            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
db/jdb         +Michael Patrick Clauser,   Bonnierin Clauser,   72 Sewell Street,   Glassboro, NJ 08028-2460

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company c/o Metropolitan Life Insurance Company dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Nathan  Van Embden    on behalf of Joint Debtor Bonnierin  Clauser nve@nvanembden.com,
               lstyles@nvanembden.com
              Nathan  Van Embden    on behalf of Debtor Michael Patrick Clauser nve@nvanembden.com,
               lstyles@nvanembden.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company c/o Metropolitan Life Insurance Company rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8