```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c) 2004-0817

Nathan Van Embden, Esquire
21 E. Main Street
PO Box 428
Millville, New Jersey 08332
856-327-4220
Attorney ID # NV2911
```

In Re:   Michael P. Clauser
         Bonnierin Clauser

                    Debtor(s)

Case No.: *19-20066*

Judge: ABA

Chapter: 13

## DEBTOR'S CERTIFICATION IN OPPOSITION TO

☐  CREDITOR'S MOTION or CERTIFICATION OF DEFAULT

☑  TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following:

1. ☐ Motion for Relief from the Automatic Stay filed by creditor _____.A hearing has been scheduled for _____ <u>at 10 am.</u>

### OR

2. ☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee.
A hearing has been scheduled for _____

3. ☐ Certification of Default filed by creditor, _____.
I am requesting a hearing be scheduled on this matter.

2. ☑ Certification of Default filed by Standing Chapter 13 Trustee.

I am requesting a hearing be scheduled on this matter.

I am objecting to the above for the following reasons:

☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows:

☑ Other: We are discussing our options with our attorney and the possibility of converting our case to a Chapter 7.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its certification.

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 23, 2020    /s/ Michael P. Clauser
                       Michael P. Clauser, Debtor

Date: June 23, 2020    /s/ Bonnierin Clauser
                       Bonnierin Clauser, Co-Debtor