Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–20066–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Patrick Clauser
72 Sewell Street
Glassboro, NJ 08028

Bonnierin Clauser
72 Sewell Street
Glassboro, NJ 08028

Social Security No.:
xxx–xx–9857        xxx–xx–8799

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           July 17, 2020
Time:           09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*47* – Objection to (related document:46 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 06/23/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Nathan Van Embden on behalf of Bonnierin Clauser, Michael Patrick Clauser. (Van Embden, Nathan)

and transact such other business as may properly come before the meeting.

Dated: June 24, 2020
JAN: jpl

Jeanne Naughton
Clerk