Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19–20066–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Patrick Clauser
72 Sewell Street
Glassboro, NJ 08028

Bonnierin Clauser
72 Sewell Street
Glassboro, NJ 08028

Social Security No.:
xxx–xx–9857                                    xxx–xx–8799

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
    Debtor and Joint Debtor was entered on July 17, 2020.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 17, 2020
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 19-20066-ABA
Michael Patrick Clauser                                          Chapter 13
Bonnierin Clauser
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0312-1          User: admin            Page 1 of 2            Date Rcvd: Jul 17, 2020
                              Form ID: 148           Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2020.
db/jdb       +Michael Patrick Clauser,  Bonnierin Clauser,  72 Sewell Street,  Glassboro, NJ 08028-2460
518252481     Bayview Loan Services,  PO Box 650091,  Dallas, TX 75265-0091
518252482    +Bisk Ed Inc.,  Attn.:Conserve,  200 Cross Keys Office,  Fairport, NY 14450-3510
518252483    +Black Hills Corp.,  Attn.:CBE Group,  1309 Technology Pkwy,  Cedar Falls, IA 50613-6976
518252486    +Castle Partners One, Two Three LTD,  2220 Castlegate Dr.,  Castle Rock, CO 80108-8322
518252490    +DS Services of America Inc.,  Attn.:Collection Bureau of A,  25954 Eden Landing R,
              Hayward, CA 94545-3816
518347796     EMERGENCY CARE SERVICES OF NJ,P.A.,  PO Box 1123,  Minneapolis, MN 55440-1123
518304414    +JPMorgan Chase Bank, N.A.,  s/b/m/t Chase Bank USA, N.A.,
              c/o Robertson, Anschutz & Schneid, P.L.,  6409 Congress Avenue, Suite 100,
              Boca Raton, FL 33487-2853
518252491    +Jefferson Capital/Fingerhut Advantage,  16 Mcleland Rd.,  Saint Cloud, MN 56303-2198
518252493    +Medical Payment,  Attn.:Phoenix Fin. Serv.,  8902 Otis Ave. Ste. 10,
              Indianapolis, IN 46216-1077
518252494    +Medical Payment Data,  Attn.:Radius Global Solution,  7831 glenroy Rd. Ste.,
              Edina, MN 55439-3132
518252495    +Medical Payment Data,  Attn.:Quality Asset Recovery,  7 Foster Ave. Ste. 101,
              Gibbsboro, NJ 08026-1191
518252497    +Selip & Stylianou,  10 Forest Ave., Suite 300,  Paramus, NJ 07652-5238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2020 02:52:28    U.S. Attorney,  970 Broad St.,
              Room 502,  Rodino Federal Bldg.,  Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2020 02:52:23    United States Trustee,
              Office of the United States Trustee,  1085 Raymond Blvd.,  One Newark Center,  Suite 2100,
              Newark, NJ 07102-5235
518362341     EDI: GMACFS.COM Jul 18 2020 05:38:00    Ally Capital,  PO Box 130424,
              Roseville MN 55113-0004
518252479    +EDI: GMACFS.COM Jul 18 2020 05:38:00    Ally Financial,  200 Reenaissance Ctr.,
              Detroit, MI 48243-1300
518252480    +EDI: TSYS2.COM Jul 18 2020 05:38:00    Barclays Bank DE,  125 S West St.,
              Wilmington, DE 19801-5014
518252485     EDI: CAPITALONE.COM Jul 18 2020 05:38:00    Capital One Bank,  15000 Capital One Dr.,
              Richmond, VA 23238
518252484    +EDI: CAPONEAUTO.COM Jul 18 2020 05:43:00    Capital One Auto,  PO Box 259407,
              Plano, TX 75025-9407
518261963    +EDI: AISACG.COM Jul 18 2020 05:43:00    Capital One Auto Finance, a division of,
              AIS Portfolio Services, LP,  4515 N Santa Fe Ave. Dept. APS,  Oklahoma City, OK 73118-7901
518271575    +EDI: AISACG.COM Jul 18 2020 05:43:00    Capital One Auto Finance, a division of Capital On,
              P.O. Box 4360,  Houston, TX 77210-4360
518271451    +EDI: AIS.COM Jul 18 2020 05:38:00    Capital One Bank (USA), N.A.,  4515 N Santa Fe Ave,
              Oklahoma City, OK 73118-7901
518259934    +EDI: AISACG.COM Jul 18 2020 05:43:00    Exeter Finance LLC,  AIS Portfolio Services, LP,
              4515 N Santa Fe Ave. Dept. APS,  Oklahoma City, OK 73118-7901
518330779     EDI: JEFFERSONCAP.COM Jul 18 2020 05:38:00    Jefferson Capital Systems LLC,  Po Box 7999,
              Saint Cloud Mn 56302-9617
518252487     EDI: JPMORGANCHASE Jul 18 2020 05:43:00    Chase,  PO Box 15123,  Wilmington, DE 19850-5123
518252488     EDI: JPMORGANCHASE Jul 18 2020 05:43:00    Chase Card,  PO Box 15298,  Wilmington, DE 19850
518252492    +EDI: JEFFERSONCAP.COM Jul 18 2020 05:38:00    Jefferson Capital/Verizon Wireless,
              16 Mcleland Rd.,  Saint Cloud, MN 56303-2198
518266530     E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2020 02:57:02    LVNV Funding, LLC,
              Resurgent Capital Services,  PO Box 10587,  Greenville, SC 29603-0587
518280704     E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 18 2020 02:55:15    MERRICK BANK,
              Resurgent Capital Services,  PO Box 10368,  Greenville, SC 29603-0368
518372932    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 18 2020 02:53:03
              Metropolitan Life Insurance Company,  c/o Bayview Loan Servicing, LLC,
              4425 Ponce de Leon Blvd, 5th Floor,  Coral Gables, FL 33146-1837
518368316     EDI: PRA.COM Jul 18 2020 05:38:00    Portfolio Recovery Associates, LLC,  c/o Juniper,
              POB 41067,  Norfolk VA 23541
518371999     EDI: PRA.COM Jul 18 2020 05:38:00    Portfolio Recovery Associates, LLC,
              c/o The Home Depot Consumer,  POB 41067,  Norfolk VA 23541
518367285    +E-mail/Text: bncmail@w-legal.com Jul 18 2020 02:52:40    Pallino Asset Management, LLC,
              C/O WEINSTEIN & RILEY, PS,  2001 WESTERN AVENUE, STE 400,  SEATTLE, WA 98121-3132
518252496    +EDI: CCS.COM Jul 18 2020 05:38:00    Progressive,  Attn.:Credit Collection,  725 Canton St.,
              Norwood, MA 02062-2679
518252499    +EDI: RMSC.COM Jul 18 2020 05:43:00    SYNCB/Sam's Club,  PO Box 965005,
              Orlando, FL 32896-5005
518252498    +EDI: CBS7AVE Jul 18 2020 05:38:00    Swiss Colony,  1112 7th Ave.,  Monroe, WI 53566-1364
518253854    +EDI: RMSC.COM Jul 18 2020 05:43:00    Synchrony Bank,  c/o of PRA Receivables Management, LLC,
              PO Box 41021,  Norfolk, VA 23541-1021
518252500    +EDI: CITICORP.COM Jul 18 2020 05:38:00    THD/CBNA,  PO Box 6497,
              Sioux Falls, SD 57117-6497

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jul 17, 2020
                              Form ID: 148              Total Noticed: 42


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518324687      +EDI: CBS7AVE Jul 18 2020 05:38:00     The Swiss Colony,  c/o Creditors Bankruptcy Serv.,
                 PO Box 800849,   Dallas, TX 75380-0849
518323205      +EDI: CBS7AVE Jul 18 2020 05:38:00     The Swiss Colony,  c/o Creditors Bankruptcy Service,
                 P O Box 800849,   Dallas, TX 75380-0849
518357555       EDI: WFFC.COM Jul 18 2020 05:38:00     Wells Fargo Bank, N.A.,,   Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
                                                                                         TOTAL: 29


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518252489*    ++JPMORGAN CHASE BANK  N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                 (address filed with court:  Chase Card,   PO Box 15298,   Wilmington, DE 19850)
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company c/o Metropolitan Life Insurance Company dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Nathan  Van Embden    on behalf of Debtor Michael Patrick Clauser nve@nvanembden.com,
           lstyles@nvanembden.com
          Nathan  Van Embden    on behalf of Joint Debtor Bonnierin  Clauser nve@nvanembden.com,
           lstyles@nvanembden.com
          Rebecca Ann Solarz    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company c/o Metropolitan Life Insurance Company rsolarz@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 8